IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES of the UFCW LOCAL 1262 AND EMPLOYERS PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>J.A.M. RUTHERFORD CORP., t/a KEYFOOD MARKETPLACE; JGS SUPERMARKET CORP., a/k/a JGS FOODS, LLC; RJC FOODS, LLC, t/a KEY FOOD; J.A.M. STORES HOLDING CORP.; J.A.M. STORES ROCKAWAY PARK, INC.; J.A.M. STORES 9530, INC.; JGS BEACON CORP.; JGS CORNWALL CORP.; JGC HIGHLAND CORP.; JGS MAHO CORP.; JGS PLEASANT CORP.; JGS SUPERMARKET HOLDINGS, INC.; JGS SUPERMARKET MANAGEMENT CORP.,<br><br>Defendants. | Case No.13-cv-06650 (KSH/CLW)<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND AWARD OF DAMAGES** |

Pursuant to Fed. R. Civ. P. Rule 55(b)(2), upon motion by Plaintiffs, and good cause appearing therefor, default judgment against defendants, J.A.M. Rutherford Corp., t/a Key Food Marketplace; JGS Supermarket Corp., a/k/a JGS Foods, LLC; RJC Foods, LLC, t/a Key Food; J.A.M. Stores Holding Corp.; J.A.M. Stores Rockaway Park, Inc.; J.A.M. Stores 9530, Inc.; JGS Beacon Corp.; JGS Cornwall Corp.; JGC Highland Corp.; JGS Maho Corp.; JGS Pleasant Corp.; JGS

Supermarket Holdings, Inc.; and JGS Supermarket Management Corp., in the above entitled action for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure is hereby entered. Plaintiffs are awarded the [motion [D.E. 18] is granted & they] following damages for withdrawal liability, liquidated damages, and attorneys' fees and costs:

**I. Unpaid Liablity and Damages** — $476,873.20

    A.    Withdrawal liability as of 3/17/2011 — $388,231.00

    B.    20% Liquidated damages through 2/12/2014 — $ 77,646.20

    C.    Attorneys' fees through 2/12/2014 — $ 10,996.00

**II. Costs and Disbursements**

    Clerk's fee — $ 350.00

**TOTAL AWARDED** — $477,223.20

SO ORDERED:

June 12, 2014
Date

_____
Honorable Katharine S. Hayden
United States District Judge